EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IN RE APPLICATION OF
Clarice Oliveira Tavares

For an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in Foreign Proceedings

Case No. _____

**DECLARATION OF MAXIMILIANO N. D'AURO**
**IN SUPPORT OF APPLICATION FOR JUDICIAL ASSISTANCE**

I, Maximiliano N. D'Auro, under penalties of perjury, pursuant to 28 U.S.C. § 1746, do

hereby declare:

1.      I am over the age of 18, otherwise *sui juris*, and the facts set out in this

Declaration are derived from my own knowledge or from information provided to me by others.

Where the facts are within my own knowledge I confirm that they are true; where the

information is provided to me by others I state the source of my knowledge and confirm it is true

to the best of my information and belief.

2.      I am a partner of the Argentine law firm Estudio Beccar Varela.  I am a licensed

attorney in the Buenos Aires Autonomous City, Argentina, and I currently represent Mrs. Clarice

Oliveira Tavares (the "Applicant") in certain negotiations and imminent divorce proceedings

arising from her recent separation from her current husband Mr. Eduardo F. Costantini (the

"Husband").  I make this Declaration in support of the Applicant's Application for Judicial

Assistance Pursuant to 28 U.S.C § 1782 ("Application").

3.      The Applicant seeks assistance from the United States District Court in and for

the Southern District of Florida (this "District") to obtain documentary and testimonial evidence

from certain business entities residing or found in this District.  This evidence is for use in civil proceedings to be filed in the courts of Buenos Aires, Argentina, and in any other courts that may have jurisdiction over the subject matter.

4.      The Applicant seeks this assistance in her capacity as putative petitioner and party-litigant in the imminent Argentine Proceeding (as described and defined below).

## FACTUAL BACKGROUND

**General Background**

5.      The Applicant has been married (and continues to be married) to the Husband since 2006.  Although they had no children together, both of them have children from prior marriages.

6.      Since their marriage, the Applicant and Husband have lived together in Buenos Aires, Argentina.  In the year 2014, they began their common plan to move to the United States, and specifically to New York City.  In furtherance of that plan, they rented and furnished an apartment in New York City, with the intention to live there together with Applicant's daughter. Soon after completing the move and preparing everything for their common life there, Husband abruptly changed his mind, and communicated to the Applicant, via telephone and email, his decision to divorce from her and stay in Argentina.   Since then, the marriage has become irretrievably broken.

7.      Following the Husband's announcement, Applicant and Husband began negotiating the termination of their marriage and, among other issues, the distribution of marital property (the "Negotiation").   At that moment, Applicant retained me and my law firm to assist her in the Negotiation and imminent divorce filings.  Recently, the Negotiation has failed, thus making imminent the divorce petition and filings by the Applicant.

8.      Husband is a well-known real estate businessman in Argentina. He founded and is currently the main shareholder of Consultatio S.A., one of the largest real estate development companies in Argentina. The following biographical details are posted at Consultatio S.A.'s website[1] (a printout of the web page is attached here as Exhibit 1):

> Eduardo F. Costantini was born in Buenos Aires, where he studied Economics. He earned his MA in Economics at The University of East Anglia in England. In 1975 he founded the brokerage Consultatio Bursatil, which he re-founded in 1991 as Consultatio Asset Management, that same year he was designated Vice President of the Banco Frances del Rio de la Plata. Then he proceeded to deal in Real Estate and has since been responsible for the development of the most renowned enterprises in Argentina, among them Nordelta and construction of the two office towers in Catalinas Norte. Costantini is also a great collector of art (an art collector). In 1995, he created the Eduardo F. Costantini Foundation which he still presides. In 2001, he opened the Malba - Costantini Collection, Museum of Latin American Art of Buenos Aires, a nonprofit cultural institution which exhibits its own art collection. He is also a member of the Advisory Board of the Museum of Modern Art (MoMA) in New York.

9.      Consultatio S.A. was formed in 1981 and became a publicly-listed company (Quote: CTIO, Buenos Aires Stock Exchange) after its IPO in 2008. Currently, Consultatio S.A.'s shares are owned by Husband (71.7%), ANSES (24.9%), and other individual owners (3.4%).[2] ANSES is the Argentine Social Security Administration.

10.     Husband is the chairman of Consultatio S.A. Furthermore, and notwithstanding the referred IPO and the existence of other shareholders, he is regarded as the driving force and central figure behind the company to the extent that the IPO's prospectus states:

> Consultatio was formed in 1981 and it was used by Mr. Constantini as its investment vehicle for nearly 20 years. On

---

[1] http://www.consultatio.com.ar/en/the-company/who-we-are/.
[2] All of these figures are included in Consultatio S.A.'s corporate presentation (as of February, 2015) as posted in Consultatio's website.

> September 28, 2007, the Company performed a corporate reorganization to concentrate a vast majority of Mr. Constantini's real estate transactions in Consultatio [free translation, page 6 of the Consultatio's IPO prospectus] ...   The success of the Company depends on the continuity of the involvement of Mr. Constantini (its main shareholder, executive director and chairman of the board) who has great experience and broad knowledge about the business and the Company's industry. The loss or interruption of his services for any reason may have a material adverse effect on the Company's business. [Free translation, page 42 of the Consultatio's IPO prospectus]

11.     In 2009, Consultatio S.A. as well as Husband (through other companies different from Consultatio S.A.) began investing in the United States, specifically in the greater Miami area. As a consequence, under the trademark Consultatio, the projects named "Oceana Key Biscayne" and "Oceana Bal Harbour" (the "US Projects") are currently being developed and marketed.

12.     Both projects are premium residential buildings, developed through two companies: Consultatio Key Biscayne LLC and Consultatio Bal Harbour LLC.   These two companies are controlled by Consultatio Real Estate Inc.  All three companies were established in Florida.  In turn, Consultatio Real Estate Inc. is owned both by Consultatio S.A. (55.1%) and Husband (44.9%), the latter through two Uruguayan companies wholly owned by him: Paldemar S.A. and Aniter S.A.  See attached corporate chart (included at page 5 of the February 2015 Consultatio S.A.'s Corporate Presentation posted on its website) attached here as Exhibit 2.

13.     Consultatio S.A.'s most recent financial statements (i.e. closing on December 31, 2014) state (free translation from Spanish):

> 10.3 On June 11, 2012, Consultatio Real Estate, Inc. increased its corporate capital, which was entirely subscribed by a *company related to Consultatio S.A.* As a consequence of this transaction, Consultatio S.A.'s participation in Consultatio Real Estate Inc. was reduced to 55.1122% of the outstanding shares and votes, keeping its control. [Page 8 of 12 of Consultatio S.A.'s Board of Directors

report; underlining and italics added for the purposes of this Declaration]. See <u>Exhibit 3</u>.

14.     In accordance with what it is mentioned in footnote (3) of the corporate chart attached as <u>Exhibit 2</u>, we believe that the "company related to Consultatio S.A." is Aniter S.A., which is a wholly-owned company of Paldemar S.A., which in turn is wholly (and personally) owned by Husband.  Both Aniter S.A. and Paldemar S.A. are Uruguayan holding companies.

15.     Furthermore, it has come to my attention (as reported by the Florida Department of State – Division of Corporations; see <u>Exhibit 4</u>) that a company named Paldemar Realty Corp. (in which Husband is a director) was incorporated in Florida in late 2012.  Because of the fact that Paldemar Realty Corp. is a company related to Paldemar S.A., it is highly likely that Paldemar Realty Corp. is involved with the US projects as well.

16.     In sum, Husband indirectly owns a majority stake in the US Projects, whether through Consultatio S.A. (55.1%) or through Paldemar S.A. and Aniter S.A. (44.9%).

## NATURE OF EVIDENCE REQUESTED

17.     The Applicant seeks assistance from the United States District Court in and for the Southern District of Florida to obtain relevant and probative documentary and testimonial evidence from four (4) business entities formed, residing and/or found in this District.  The business entities, Consultatio Real Estate Inc., Consultatio Key Biscayne LLC, Consultatio Bal Harbour LLC and Paldemar Realty Corp., are described in additional detail below.

18.     More specifically, the Applicant seeks evidence pertaining to:

a. The ownership of Consultatio Real Estate Inc., including the 44.9% that is not owned by Consultatio S.A.;

     b.   The specific circumstances as to the date, form, funding source and payor surrounding the payment for the shares issued by Consultatio Real Estate Inc. as part of the capital increase in June 2012;

     c.   Husband's, Aniter S.A.'s and/or Paldemar S.A.'s relationship with the business entities involved in the US Projects (i.e. Consultatio Real Estate Inc., Consultatio Key Biscayne LLC, and Consultatio Bal Harbour LLC).

19.     Consultatio Real Estate Inc. is a Florida corporation doing business at 1395 Brickell Avenue, Suite 950, in Miami, Florida.

20.     Consultatio Key Biscayne LLC and Consultatio Bal Harbour LLC are Florida limited liability companies doing business at the same address, 1395 Brickell Avenue, Suite 950, in Miami, Florida.

21.     With specific respect to Paldemar Realty Corp., the Applicant seeks evidence pertaining to any and all assets or rights owned or registered by the company, both in the U.S. as well as abroad.

22.     Paldemar Realty Corp. is a Florida corporation with registered addressed at 1395 Brickell Avenue, Suite 950 in Miami, Florida.

23.     The evidence sought through this Application is for use in imminent, adjucative, family and civil proceedings in Argentina (the "Argentine Proceeding") which will be filed in the near term because of the recent failure of the Negotiation.  The Argentine Proceeding will be heard before a Civil First Instance National Court.[3]  Subject to the limitations set forth by the

---

[3] Juzgado Nacional de Primera Instancia en lo Civil.

National Civil Procedural Code, the rulings of that court may be appealed to the Civil National Court of Appeals[4] and, eventually, to the National Supreme Court.[5]

24.      The evidence sought through this § 1782 Application is crucial, first, to allow Applicant to form a clear picture of Husband's financial structures and asset map with regards to the US Projects and to aid the Argentine tribunal's adjudicative role in the Argentine Proceeding. By uncovering the flow of funds through the related companies and how Husband's interest in the US Projects was acquired, Applicant will be better placed to evidence the factors necessary to argue that the assets qualify as marital property under the Argentine rules governing the subject matter.

25.      In that sense, the main issue of contention in the Negotiation (which will be adjudicated in the Argentine Proceeding) is whether the 44.9% stake of the US Projects that Husband owns through Paldemar S.A. and Aniter S.A. should be deemed as marital property or not. Husband denies that this property is marital property and Applicant has no way, other than through this Application, to confirm Husband's contentions.

26.      Under Argentine law, any asset acquired by either or both spouses during the marriage by any reason other than inheritance, gift or bequest is deemed to be marital property. Codigo Civil [Civil Code] art. 1272 (Arg.).

27.      Husband claims that because Paldemar S.A. was acquired/incorporated by Husband before the marriage (2002), any assets directly or indirectly owned by Paldemar S.A. should not be deemed as marital property.

28.      Applicant claims that, regardless of the date that Paldemar S.A. was incorporated, Aniter S.A. and all of its assets (including Aniter S.A., Consultatio Real Estate Inc., Consultatio

---

[4] Camara Nacional de Apelaciones en lo Civil.
[5] Corte Suprema de Justicia de la Nacion.

Key Biscayne LLC, Consultatio Bal Harbour LLC, and the interest that the two latter companies own in the US Projects) should be deemed as marital property given that all of the material steps involving the formation of the companies and the relevant investments were undertaken by Husband during the time of the marriage.

29.    Furthermore, Applicant maintains that the only reason why Husband claims that the stake he owns in the US Projects through Paldemar S.A. is not marital property is the *artificial* fact that Paldemar S.A. (a mere vehicle for personal investments) happens to have been formed/acquired before the marriage.  Acknowledging that contention as being determinative of the asset's characterization as non-marital property would give a spouse the power to unilaterally decide which asset should be marital property and which should not, thus, violating Argentine family law.

30.    The business entities from whom discovery is sought are not parties to the Argentine Proceeding and are not expected to become parties thereto.  Indeed, absent the instant Application, the evidence would almost certainly remain outside the reach of the Argentine tribunal.

31.    The Argentine authorities and tribunals would be receptive to the documentary and testimonial evidence sought through the instant Application.  The evidence sought through this Application is relevant, and will assist in the Argentine Proceeding, including in the Argentine tribunal's ruling with regards to the definition and distribution of marital property in the underlying case.  Furthermore, the Application and the gathering of the requested evidence in this District do not circumvent any proof-gathering restriction under Argentine law.

32.    Finally, the discovery requests sought to be served on the business entities are not intrusive or unduly burdensome.  The Applicant seeks documentary and testimonial evidence

believed to be in the possession, custody or control of the discovery targets. This evidence is of the type that business entities regularly retrieve and produce as third parties or actual parties in litigation. Furthermore, the Applicant limits her requests to the period beginning with January 1, 2008 to the present.

### 28 U.S.C. § 1746 DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Buenos Aires on: _July 1st 2015_

By: _MAXIMILIANS D'AMICO_

EXHIBIT 1

Quiénes somos - Consultatio Real State                    http://www.consultatio.com.ar/en/the-company/who-we-are/

Fundacion Eduardo F



The Company     Projects     News     Press     Investors

Home        Who we are

**Team**



**Eduardo F. Costantini**

Eduardo F. Costantini was born in Buenos Aires, where he studied Economics. He earned his MA in Economics at The University of East Anglia in England. In 1975 he founded the brokerage Consultatio Bursatil, which he re-founded in 1991 as Consultatio Asset Management, that same year he was designated Vice President of the Banco Frances del Rio de la Plata. Then he proceeded to deal in Real Estate and has since been responsible for the development of the most renowned enterprises in Argentina, among them Nordelta and construction of the two office towers in Catalinas Norte. Costantini is also a great collector of art (an art collector). In 1995, he created the Eduardo F. Costantini Foundation which he still presides. In 2001, he opened the Malba - Costantini Collection, Museum of Latin American Art of Buenos Aires, a nonprofit cultural institution which exhibits its own art collection. He is also a member of the Advisory Board of the Museum of Modern Art (MoMA) in New York.

Read less

**Location**



Map data ©2015 Google

For over 30 years Consultatio Real Estate has successfully innovative high category real estate projects in prime locatio direction of its founder, president and senior partner, Eduard Costantini.

Consultatio Real Estate actively leads and participates in four markets of Argentina and a

- CiudadesPueblo (Nordelta and Puertos)

- High End Residential Towers (Oceana Key Biscayne, Oceana Bal Harbour, Grand Boun Quartier Ocampo)

- Hire and Purchase of Office Buildings AAA (Alem Plaza and Catalinas Plaza and Catali

- Tourist Complexes (Las Garzas)

To further consolidate its growth and increase regional and international diversification, in Consultatio Real Estate went public and since that date its shares are traded on the Buer Exchange under the symbol CTIO.

**Team**

Consultatio Real Estate is led by Eduardo F. Costantini, supported by a strong and dedica team which implements the Company's real estate projects.

**History**

2012

2010

2009

2008

2007

2005

2004

2001

1999

Quiénes somos - Consultatio Real State

http://www.consultatio.com.ar/en/the-company/who-we-are/

**1998**

**1995**

## The Company

Who we are

Company
**Consultatio S.A.**
Team
Eduardo Madero ave. 900, Piso 28 C1106ACV,
History
Buenos Aires, Argentina
Our values
Tel. +54 11 4318 8000

**Fax.** +54 11 4318 8091

## Projects

Ciudad Pueblo

Nordelta

Puertos

**Residential Towers**

**Argentina**

Quartier Ocampo

Torre Oro

Grand Bourg

**United States**

Oceana Key Biscayne

Oceana Bal Harbour

Office Towers

Alem Plaza

Catalinas Plaza

Catalinas Norte

Vacations

Las Garzas

## Investors

Corporate Presentation

Calendar of Events

Financial Statements

Highlights

Press Releases

Prospectus

Risk Rating Reports

Composition of the Board

News
——————

Press
——————

Contact

Copyright © 2012 Consultatio S.A. All Rights Reserved     Terms and Conditions  |  Privacy Policy

6/30/15 4:45 PM

EXHIBIT 2

IDENTIDAD CORPORATIVA
CORPORATE IDENTITY

# ESTRUCTURA CORPORATIVA
## CORPORATE STRUCTURE



(1) Administración Nacional de la Seguridad Social/ National Administration of Social Security.
(2) Derechos Económicos: 100% Derechos de Voto Economic Rights: 100% of Voting Rights.
(3) A través de Anter S.A. (100%) y Palermar S.A. (100%). Through Anter S.A. (100%) and Palermar S.A. (100%).

EXHIBIT 3

FREE TRANSLATION

**CONSULTATIO S.A.**

**FINANCIAL STATEMENTS
AT DECEMBER, 31 2014**

**INDEPENDENT AUDITORS REPORT**

**AUDIT COMMITTEE REPORT**

FREE TRANSLATION

**FINANCIAL STATEMENTS CORRESPONDING TO THE
FISCAL YEAR ENDED ON DECEMBER 31, 2014
[Filed in comparative format with the fiscal year ended on
December 31, 2013]**

## TABLE OF CONTENTS

**1. REPORT**

**2. REPORT ON THE DEGREE OF COMPLIANCE WITH THE CORPORATE
GOVERNANCE CODE**

**3. CONSOLIDATED FINANCIAL STATEMENTS**
• CONSOLIDATED STATEMENT OF FINANCIAL POSITION
• CONSOLIDATED STATEMENT OF EARNINGS OR LOSSES AND OTHER
COMPREHENSIVE INCOMES
• CONSOLIDATED STATEMENT OF CHANGES IN NET ASSETS
• CONSOLIDATED STATEMENT OF CASH FLOWS
• NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

**4. SEPARATE FINANCIAL STATEMENTS**
• SEPARATE STATEMENT OF FINANCIAL POSITION
• SEPARATE STATEMENT OF EARNINGS OR LOSSES AND OTHER
COMPREHENSIVE INCOMES
• SEPARATE STATEMENT OF CHANGES IN EQUITY
• SEPARATE STATEMENT OF CASH FLOWS
• NOTES TO THE SEPARATE FINANCIAL STATEMENTS

**5. ADDITIONAL INFORMATION TO THE NOTES TO THE SEPARATE FINANCIAL
STATEMENTS INFORMATION REQUIRED BY SECTION 12 OF CHAPTER III,
TITLE IV OF THE RULES OF THE NATIONAL SECURITIES COMMISSION (2013)
AND BY SECTION 68 OF THE RULES OF PROCEDURE OF THE BUENOS AIRES
STOCK OF CHANGE**

**6. INFORMATIVE SUMMARY ON THE CONSOLIDATED FINANCIAL
STATEMENTS**

**7. INDEPENDENT AUDITORS REPORT ON THE CONSOLIDATED FINANCIAL
STATEMENTS**

**8. INDEPENDENT AUDITORS REPORT ON SEPARATE STATES
FINANCIAL**

**9. AUDIT COMMITTEE REPORT**

**DIRECTORS ' MEMORY OF THE FINANCIAL YEAR ENDED ON 31 DECEMBER 2014**
(Page 8 of 12)

count the limit set out in Section 261 of Law No. 19,550 and the related rules of the National Securities Commission.

During the financial statement ended on December 31, 2014 year ended December 31, 2014 and in accordance with the regulations of the National Securities Commission, it has been counted a provision of 234 to face the Audit Committee's fees and 3,299 to face the Board of Directors' fees.

The managerial level is in dependent relationship and receives its remuneration on a fixed and monthly basis. The Company does not have any stock option plans or other compensation system

## 10. SUBSIDIARIES AND RELATED COMPANIES

10.1. Since the amendment made by the NIIF 11, by means of which Nordelta S.A. is qualified as "Joint Venture", Consultatio S.A. has ceased to proportionally consolidate its participation in such Company.

10.2. Consultatio S.A. directly controls 100% of the voting stock and 45.02% of the share capital to Las Garzas Blancas S.A. as of December 31, 2014.

10.3. On June 11, 2012, Consultatio Real Estate, Inc. increased its corporate capital, which was entirely subscribed by a company related to Consultatio S.A. As a consequence of this transaction, Consultatio S.A.'s participation in Consultatio Real Estate Inc. was reduced to 55.1122% of the outstanding shares and votes, keeping its control.

10.4. Consultatio S.A. indirectly controls Consultatio Key Biscayne, LLC and Consultatio Bal Harbour, LLC through Consultatio Real Estate, Inc. As of December 31, 2014 Consultatio Real Estate Inc. held 86.71% of the capital and votes of Consultatio Key Biscayne LLC, and 67.03% of Consultatio Bal Harbour LLC.

The company Consultatio Brokerage INC was created under the laws of the State of Florida, United States of America on December 18, 2013, having Real Estate Business activity. Consultatio Brokerage Inc holds 55.1% of the capital and votes of Consultatio Realty LLC. As of December 31, 2014, is the marketing exclusive agent of the entrepreneurship that Consultatio Bal Harbour LLC is developing.

10.5. Consultatio S.A. has established, together with the company Consultatio Inmobiliaria S.A., nonprofit civil associations organized under the public limited companies form, in accordance with the terms of Section third of the Law of Commercial Companies No. 19,550.

The participation of Consultatio in the mentioned civil associations is the following:

| Denomination | Capital | Participation percentage |
|---|---|---|
| Asociación Vecinal Puertos del Lago S.A. | $ 100,000.00 | 99.50% |
| Asociacón Civil Araucarias S.A. | $ 100,000.00 | 99.75% |
| Asociaciación Civil Marinas S.A. | $ 100,000.00 | 99.75% |

FREE TRANSLATION

| | | |
|---|---|---|
| Asociacón Civil Vistas S.A. | $ 100,000.00 | 99.80% |
| Asociacón Civil Acacias S.A. | $ 100,000.00 | 99.80% |
| Asociacón Civil Los Ceibos S.A. | $ 100,000.00 | 99.75% |
| Asociacón Civil Muelles S.A. | $ 100,000.00 | 99.75% |

**11. ENVIRONMENTAL POLICY**

Consultatio develops all its projects according to the principles of care and preservation of the environment, in compliance with legal requirements, and promoting continuous improvement of its performance. The



**CONSULTATIO S.A.**

**ESTADOS FINANCIEROS**
**AL 31 DE DICIEMBRE DE 2014**

**INFORMES DE LOS**
**AUDITORES INDEPENDIENTES**

**INFORME DE LA COMISIÓN FISCALIZADORA**





**ESTADOS FINANCIEROS CORRESPONDIENTES**
**AL EJERCICIO ECONÓMICO FINALIZADO EL 31 DE DICIEMBRE DE 2014**
[Presentados en forma comparativa con el ejercicio económico finalizado el
31 de diciembre de 2013 ]

## ÍNDICE

1. **MEMORIA**

2. **INFORME SOBRE EL GRADO DE CUMPLIMIENTO DEL CÓDIGO DE GOBIERNO SOCIETARIO**

3. **ESTADOS FINANCIEROS CONSOLIDADOS**

    - ESTADO CONSOLIDADO DE SITUACIÓN FINANCIERA
    - ESTADO CONSOLIDADO  DE GANANCIAS O PÉRDIDAS Y OTROS RESULTADOS INTEGRALES
    - ESTADO CONSOLIDADO DE CAMBIOS EN EL PATRIMONIO
    - ESTADO CONSOLIDADO DE FLUJO DE EFECTIVO
    - NOTAS A LOS ESTADOS FINANCIEROS CONSOLIDADOS

4. **ESTADOS FINANCIEROS SEPARADOS**

    - ESTADO SEPARADO DE SITUACIÓN FINANCIERA
    - ESTADO SEPARADO DE GANANCIAS O PÉRDIDAS  Y OTROS RESULTADOS INTEGRALES
    - ESTADO SEPARADO DE CAMBIOS EN EL PATRIMONIO
    - ESTADO SEPARADO DE FLUJO DE EFECTIVO
    - NOTAS A LOS ESTADOS FINANCIEROS SEPARADOS

5. **INFORMACIÓN ADICIONAL A LAS NOTAS A LOS ESTADOS FINANCIEROS SEPARADOS , REQUERIDA POR EL ARTÍCULO 12 DEL CAPÍTULO III, TÍTULO IV DE LAS NORMAS DE LA COMISIÓN NACIONAL DE VALORES (N.T. 2013) Y POR EL ARTICULO 68 DEL REGLAMENTO DE LA BOLSA DE COMERCIO DE BUENOS AIRES**

6. **RESEÑA INFORMATIVA SOBRE LOS ESTADOS FINANCIEROS CONSOLIDADOS**

7. **INFORME DE LOS AUDITORES INDEPENDIENTES SOBRE LOS ESTADOS CONSOLIDADOS FINANCIEROS**

8. **INFORME DE LOS AUDITORES INDEPENDIENTES SOBRE LOS ESTADOS SEPARADOS FINANCIEROS**

9. **INFORME DE LA COMISIÓN FISCALIZADORA**



Consultatio
Real Estate

# MEMORIA DEL DIRECTORIO POR EL EJERCICIO ECONÓMICO
# FINALIZADO EL 31 DE DICIEMBRE DE 2014
(Página 8 de 12)

cuenta el límite establecido en el artículo 261 de la Ley N° 19.550 y las normas pertinentes de la Comisión Nacional de Valores.

Durante el ejercicio económico finalizado el 31 de diciembre de 2014 y de conformidad con lo dispuesto por las normas de la Comisión Nacional de Valores, se ha contabilizado una provisión de 234 para responder a honorarios de la Comisión Fiscalizadora y de 3.299 para responder a honorarios del Directorio.

El nivel gerencial se encuentra en relación de dependencia y percibe su remuneración en forma fija y mensual. La sociedad no cuenta con planes de opciones ni otro sistema remuneratorio.

## 10.  SOCIEDADES CONTROLADAS Y VINCULADAS

**10.1.** A partir de la modificación realizada por la NIIF 11, por la cual se califica a Nordelta S.A. como "Negocio Conjunto",  Consultatio S.A. ha dejado de consolidar proporcionalmente su participación en dicha Sociedad.

**10.2.** Consultatio S.A. controla directamente con el 100% de los votos posibles y el 45,02% del capital social a Las Garzas Blancas S.A. al 31 de diciembre de 2014.

**10.3.** Con fecha 11 de junio de 2012, Consultatio Real Estate, Inc. realizó una ampliación de capital la cual fue suscripta íntegramente por una Sociedad relacionada con Consultatio S.A.. Como consecuencia de esta operación, la participación de Consultatio S.A. en Consultatio Real Estate Inc. se redujo al 55,1122% en el Capital social y en los votos, manteniendo el control de la misma.

**10.4.** Consultatio S.A. controla indirectamente a Consultatio Key Biscayne, LLC y a Consultatio Bal Harbour, LLC por intermedio de Consultatio Real Estate, Inc.  Al 31 de diciembre de 2014 Consultatio Real Estate Inc. mantenía el 86,71% del capital y los votos de Consultatio Key Biscayne LLC, y el 67,03% de Consultatio Bal Harbour LLC.

La sociedad Consultatio Brokerage INC fue creada bajo las leyes del Estado de Florida, Estados Unidos de América con fecha 18 de diciembre de 2013, siendo su actividad la inmobiliaria. Consultatio Brokerage Inc mantiene el 55,1% del capital y los votos de Consultatio Realty LLC. Al 31 de diciembre de 2014, es el agente exclusivo de comercialización del emprendimiento que está desarrollando Consultatio Bal Harbour LLC.

**10.5.** Consultatio S.A. ha constituido, junto con la sociedad Consultatio Inmobiliaria S.A., asociaciones civiles sin fines de lucro organizadas bajo la forma de sociedades anónimas, según los términos del artículo 3ro. de la Ley 19550 de Sociedades Comerciales.

La participación de Consultatio en las mencionadas asociaciones civiles es:

| Denominación | Capital | Porcentaje de participación |
|---|---|---|
| Asociación Vecinal Puertos del Lago S.A. | $          100.000,00 | 99,50% |
| Asociación Civil Araucarias S.A. | $          100.000,00 | 99,75% |
| Asociación Civil Marinas S.A. | $          100.000,00 | 99,75% |
| Asociación Civil Vistas S.A. | $          100.000,00 | 99,80% |
| Asociación Civil Acacias S.A. | $          100.000,00 | 99,80% |
| Asociación Civil Los Ceibos S.A. | $          100.000,00 | 99,75% |
| Asociación Civil Muelles S.A. | $          100.000,00 | 99,75% |

## 11.  POLITICA AMBIENTAL

Consultatio desarrolla todos sus proyectos de acuerdo a los principios de cuidado y preservación del medio ambiente, en cumplimiento de los requisitos legales y fomentando la mejora continua de su desempeño. La

EXHIBIT 4



**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

# Detail by Entity Name

### Florida Profit Corporation

PALDEMAR REALTY CORP.

### Filing Information

| | |
|---|---|
| **Document Number** | P12000053667 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 06/12/2012 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

1395 BRICKELL AVE SUITE 950
MIAMI, FL 33131

### Mailing Address

1395 BRICKELL AVE SUITE 950
MIAMI, FL 33131

### Registered Agent Name & Address

CORPORATE CREATIONS NETWORK INC.
11380 PROSPERITY FARMS RD #221E
PALM BEACH GARDENS, FL 33410

### Officer/Director Detail

### Name & Address

Title D

Costantini, Eduardo F.
1395 BRICKELL AVE SUITE 950
MIAMI, FL 33131

Title D

Costantini, Cristian
1395 BRICKELL AVE SUITE 950
MIAMI, FL 33131

Copyright © and Privacy Policies
State of Florida, Department of State

Maderna, Marcos C
1395 BRICKELL AVE SUITE 950
MIAMI, FL 33131

Title P

Costantini, Eduardo F
1395 BRICKELL AVE SUITE 950
MIAMI, FL 33131

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 03/26/2013 |
| 2014 | 03/12/2014 |
| 2015 | 03/12/2015 |

## Document Images

| | |
|---|---|
| 03/12/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 06/12/2012 -- Domestic Profit | View image in PDF format |



Division of Corporations

https://efile.sunbiz.org/scripts/efilcovr.exe

## Florida Department of State
### Division of Corporations
### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

### (((H12000156443 3)))



H120001564433ABC-

**RECEIVED** JUN 1 2 2012

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    : (850)617-6381

From:

        Account Name  : CORPORATE CREATIONS INTERNATIONAL INC.
        Account Number : 110432003053
        Phone         : (561)694-8107
        Fax Number    : (561)694-1639
```

**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.**

Email Address:_____

## FLORIDA PROFIT/NON PROFIT CORPORATION
### Paldemar Realty Corp.

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $78.75 |

Electronic Filing Menu      Corporate Filing Menu                Help

6/12/12 12:33 PM

H12000156443 3

# ARTICLES OF INCORPORATION

### Article I. Name

The name of this Florida corporation is:
Paldemar Realty Corp.

### Article II. Address

The street and mailing address of the Corporation's initial principal office is:
Paldemar Realty Corp.
1395 Brickell Ave, Suite 950
Miami FL 33131

### Article III. Registered Agent

The name and address of the Corporation's registered agent is:
Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens FL 33410

### Article IV. Capital Stock

The Corporation shall have the authority to issue 2,000 shares of common stock, par value $.01 per share.

HLB Gravier, LLP
201 Alhambra Cir Ste 901
Coral Gables FL 33134
305-446-3022

H12000156443 3

Copyright © 1998-2012 CC

H12000156443 3

### Article V. Incorporator

The name and address of the incorporator is:

Corporate Creations International Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens  FL  33410

### Article VI. Corporate Existence

These Articles of Incorporation shall become effective and the corporate existence will begin on June 12, 2012.

The undersigned incorporator executed these Articles of Incorporation on June 12, 2012.

CORPORATE CREATIONS INTERNATIONAL INC.
Taide Baez, Vice President
by Kristine Roy as attorney-in-fact

HLB Gravier, LLP
201 Alhambra Cir Ste 901
Coral Gables  FL  33134
305-446-3022

H12000156443 3

Copyright © 1993-2012 CC

H12000156443 3

## CERTIFICATE OF DESIGNATION
## REGISTERED AGENT/OFFICE

CORPORATION:
Paldemar Realty Corp.


REGISTERED AGENT/OFFICE:
Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens FL 33410


I agree to act as registered agent to accept service of process for the corporation named above at the place designated in this Certificate.  I agree to comply with the provisions of all statutes relating to the proper and complete performance of the registered agent duties.  I am familiar with and accept the obligations of the registered agent position.

CORPORATE CREATIONS NETWORK INC.
Kristine Roy, Special Secretary

Date: June 12, 2012

HLB Gravier, LLP
201 Alhambra Cir Ste 901
Coral Gables FL 33134
305-446-3022

H12000156443 3

Copyright © 1993-2012 CC